AO91 (Rev. 12/03) Criminal Complaint     *Felony*     AUSA

United States District Court
Southern District of Texas
FILED

APR 1 5 2019

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

UNITED STATES OF AMERICA
vs.

1. Michael Christian CRUZ
   A203 578 844  United States
2. Mario Alberto SALOMON
   A203 578 845  United States
   AKA Mario Alberto SALOMAN

CRIMINAL COMPLAINT

Case Number: B-19- 469-MJ

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __April 13, 2019__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) knowingly, willfully, and unlawfully combine, conspire and agree, in reckless disregard of the fact that (1) undocumented alien had entered the United States in violation of law and was then and there present in the United States in violation of law, did transport and move said alien(s) by means of a motor vehicle with intent to further his unlawful presence,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(v)(I)(ii)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

On April 13, 2019 at approximately 9:05 p.m., Border Patrol Agents were conducting checkpoint operations at the Highway 4 checkpoint in Brownsville, Texas when red in color Chevrolet Tahoe approached primary lane for inspection. Agents identified themselves and questioned the passengers as to their citizenship. The driver, identified as Michael Christian CRUZ, and front passenger, identified as Mario Alberto SALOMON stated they were citizens of the United States. A rear passenger was question as to his citizenship and his response was to look to the front 2 passengers for guidance. Subject appeared nervous and had a blank stare. Agents requested documentation from the subject who was unable to provide any. Agents instructed the driver to proceed into secondary for further investigation.

Continued on the attached sheet and made a part of this complaint:    ☒ Yes    ☐ No

_____
Signature of Complainant

Ramirez, Jesus   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

April 15, 2019                                    at    Brownsville, Texas
Date                                                     City/State

Ignacio Torteya III            U.S. Magistrate Judge            _____
Name of Judge                  Title of Judge                   Signature of Judge

United States District Court
Southern District of Texas
**FILED**

APR 1 5 2019

David J. Bradley, Clerk of Court

**AFFIDAVIT**

In support of Criminal Complaint

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>V.<br>Michael Christian CRUZ<br>A203 578 844  United States<br>Mario Alberto SALOMON<br>A203 578 845  United States<br>AKA Mario Alberto SALOMAN | **CRIMINAL COMPLAINT**<br><br>Case Number: B-19- 469-MJ |

At secondary, the rear passenger, identified as Carlos LUCAS-Marcos, admitted to being illegally present in United States without any documentation.
All 3 subjects were transported to the Fort Brown Border Patrol Station for further case development.

After further investigation, a statement by the Co-Principal and statement with photo lineup from the material witness, it was revealed that subjects Michael Christian CRUZ and Mario Alberto SALOMON were the ones that were transporting Carlos LUCAS-Marcos in furtherance into the United States.

SUBSCRIBED and SWORN to before me this _____15th_____ day of _____April, 2019_____.

_____
Signature of Judicial Officer

Ramirez, Jesus / Border Patrol Agent
Signature of Complainant